**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN UNIVERSITY STUDENTS AT THE UNIVERSITY OF TEXAS AT DALLAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN P. ELTIFE, et al.,<br><br>Defendants. | Civil Case No. 1:25-cv-01411-DAE |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE MOTION**
**<u>FOR PRELIMINARY INJUNCTION IN EXCESS OF 20 PAGES</u>**

Under Rule 7 of the Federal Rules of Civil Procedure and Local Court Rule CV-7(B) & (C)(2), Plaintiffs hereby move for leave to file a Motion for Preliminary Injunction of not more than 33 pages,[1] in excess of the 20-page limit set out in Local Court Rule CV-7(C)(2). The proposed preliminary injunction motion and memorandum in support is attached. Given the number of parties and distinct statutory provisions involved in this case and the significance of the constitutional rights at stake, there is good cause to grant Plaintiffs extra pages for their preliminary injunction motion.

This case is about a recently enacted Texas state law, S.B. 2957 (the "Act"), that forces Texas' public universities and colleges to prohibit students from engaging in "any" noncommercial expression protected by the First Amendment on campus between the hours of 10 p.m. and 8 a.m.,

---

[1] This number is inclusive of the seven pages used by the tables of contents and authorities. The local rules do not exclude these tables from the page count. *E.g.*, Local Court Rule CV-7(C)(2) ("These page limits are exclusive of the caption, the signature block, any certificate, and any accompanying documents.").

no matter how nondisruptive that speech may be. The Act also requires universities and colleges to prohibit students from inviting speakers, playing percussion instruments, or using amplified sound while engaging in expressive activities during the last two weeks of any academic term. These four provisions of the Act and the regulations implementing them at two University of Texas institutions threaten the First Amendment rights of the six Plaintiffs in this case.

To adequately brief their request for preliminary injunctive relief, Plaintiffs require more than the 20 pages limit set out by Local Court Rule CV-7(d)(3). In their proposed motion and memorandum in support, Plaintiffs set forth relevant facts for each of the six Plaintiffs, the University of Texas System, and the two pertinent University of Texas institutions; detail their evidence in support of those facts; and argue for preliminary injunctive relief based on constitutional claims under the First and Fourteenth Amendments, under 42 U.S.C. § 1983. Plaintiffs have carefully outlined the constitutional rights at stake, demonstrating that the Act is a content-based restriction failing any level of First Amendment scrutiny.

Given the detailed facts supporting Plaintiffs' claims and the important First Amendment rights at issue, it is necessary for Plaintiffs to thoroughly substantiate why they are entitled to a preliminary injunction. Plaintiffs' proposed memorandum in support of their motion for a preliminary injunction is 33 pages, inclusive of the tables of content and authorities, the statement of facts, and the argument.

Accordingly, Plaintiffs respectfully request that this Court grant them leave to file the attached Motion for Preliminary Injunction and accompanying memorandum.

Under Local Court Rule CV-7(i), Plaintiffs' counsel conferred with counsel for the Board of Regents for the University of Texas System, Chancellor of the University of Texas System John M. Zerwas, M.D., President of the University of Texas at Austin Jim Davis, and President of the

University of Texas at Dallas Prabhas V. Mogie, by email, to determine whether Defendants would consent to the relief requested in this motion. Defendants informed Plaintiffs' counsel that they do not oppose this motion.

Dated: September 9, 2025

Respectfully submitted,

/s/ JT Morris

JT Morris (Tex. Bar No. 24094444; S.D. Tex. Bar No. 3163670)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
(215) 717-3473
700 Pennsylvania Ave., Suite 340
Washington, DC 20003
jt.morris@thefire.org

Adam Steinbaugh (Cal. Bar No. 304829)*
Sara Berinhout (Mass. Bar No. 703217)*
Hannah Abbott (Penn. Bar No. 337123)*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
adam@thefire.org
sara.berinhout@thefire.org
hannah.abbott@thefire.org

** Pro hac vice motion forthcoming*

**Attorneys for Plaintiffs Fellowship of Christian University Students at UT-Dallas, The Retrograde, Young Americans for Liberty, Inc., Zall Arvandi, Texas Society of Unconventional Drummers, and Strings Attached**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 9th day of September, 2025, a true and correct copy of Plaintiffs' motion was served via the CM/ECF system to all counsel of record. The undersigned also certifies that a copy of this motion was sent by email to:

Keith Ingram
Special Counsel
Office of the Texas Attorney General
Keith.Ingram@oag.texas.gov

/s/ *JT Morris*