**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN UNIVERSITY STUDENTS AT THE UNIVERSITY OF TEXAS AT DALLAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN P. ELTIFE, et al.,<br><br>Defendants. | Civil Case No. 1:25-cv-01411-DAE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR PRELIMINARY INJUNCTION IN EXCESS OF 20 PAGES** |

Before the Court is the Motion for Leave to File a Motion for Preliminary Injunction in Excess of 20 Pages filed by Plaintiffs Fellowship of Christian University Students at the University of Texas at Dallas, The Retrograde Newspaper, Young Americans for Liberty, Inc., Zall Arvandi, Texas Society of Unconventional Drummers, and Strings Attached (the "Motion"). Plaintiffs' Motion seeks leave to file a memorandum in support of their motion for a preliminary injunction in excess of the 20-page limit set by Local Court Rule CV-7(C)(2). Plaintiffs' Motion includes a copy of the proposed memorandum.

The Court finds that Plaintiffs' Motion should be and is **GRANTED** and **DIRECTS** the Clerk of the Court to file Plaintiffs' proposed memorandum on the docket.

SIGNED this ____ day of _______________, 2025.

________________________________________
THE HONORABLE DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE