**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| FELLOWSHIP OF CHRISTIAN UNIVERSITY STUDENTS AT THE UNIVERSITY OF TEXAS AT DALLAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN P. ELTIFE, et al., <br><br> Defendants. | Civil Case No. 1:25-cv-01411-DAE <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Before the Court is the Motion for Preliminary Injunction filed by Plaintiffs Fellowship of Christian University Students at the University of Texas at Dallas, The Retrograde Newspaper, Young Americans for Liberty, Inc., Zall Arvandi, Texas Society of Unconventional Drummers, and Strings Attached. Plaintiffs' motion seeks a preliminary injunction against Defendants Kevin P. Eltife, Janiece Longoria, James C. "Rad" Weaver, Nolan Perez, M.D., Stuart W. Stedman, Robert P. Gauntt, Christina Melton Crain, Jodie Lee Jiles, and Kelcy L. Warren, in their official capacities as members of the Board of Regents of The University of Texas System (the "UT System Board Defendants"), John M. Zerwas, M.D., in his official capacity as Chancellor of The University of Texas System, James E. Davis, in his official capacity as President of the University of Texas at Austin, and Dr. Prebhas V. Moghe, in his official capacity as President of the University of Texas at Dallas (collectively "Defendants").

After careful consideration, the Court finds that Plaintiffs' Motion should be and is **GRANTED**.

1

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Defendants, and their officers, agents, servants, employees, and those persons in active concert or participation with them, are hereby preliminarily enjoined and prohibited from:

1.      Enforcing Tex. Educ. Code §§ 51.9315(f)(2)(B)(ii) ("End-of-Term Invited Speaker Ban"), 51.9315(f)(2)(B)(iii) ("End-of-Term Amplified Sound Ban"), 51.9315(f)(2)(B)(iv) ("End-of-Term Drum Ban"), or 51.9315(f)(2)(F) ("Overnight Expression Ban") as applied to Plaintiffs' expression.

2.      Enforcing the End-of-Term Invited Speaker Ban, End-of-Term Amplified Sound Ban, End-of-Term Drum Ban, or Overnight Expression Ban against any "expressive activities" (as defined in Tex. Educ. Code § 51.9315(a)(2)) at The University of Texas at Austin or The University of Texas at Dallas.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that the UT System Board Defendants, and their officers, agents, servants, employees, and those persons in active concert or participation with them, are hereby preliminarily enjoined and prohibited from:

3.      Enforcing the End-of-Term Invited Speaker Ban, End-of-Term Amplified Sound Ban, End-of-Term Drum Ban, or Overnight Expression Ban, against any "expressive activities" (as defined in Tex. Educ. Code § 51.9315(a)(2)) at any institution within the University of Texas System.

Accordingly, **IT IS ORDERED** that Plaintiffs' Motion is **GRANTED**.

SIGNED this _____ day of _____, 2025.

_____
THE HONORABLE DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE