UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Fellowship of Christian University Students at The University of Texas at Dallas et al. § § § § Plaintiffs, § vs. § § Kevin P. Eltife, et al. § § Defendants. | NO: AU:25-CV-01411-DAE |

## ORDER FOR RESPONSE/REPLY AND ORDER SETTING PRELIMINARY INJUNCTION HEARING

The matter before the Court is the Plaintiffs' Motion for Preliminary Injunction (Dkt no. 6). Upon review, the Court has determined that this filing requires a response. Accordingly, the Court **ORDERS** defense counsel to file a response to the above-mentioned matter **no later than September 18, 2025 COB**. A reply, if any, should be filed **no later than September 25, 2025 COB.** Witness and exhibit lists, if any, should be filed **no later than September 29, 2025 COB.**

It is further ORDERED that the above entitled and numbered case is set for **a in person** hearing on pending Plaintiffs' Motion for Preliminary Injunction (Dkt no. 6) before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX,

on **Thursday, October 2, 2025 at 01:30 PM**. Hearing will continue on Friday, October 3, 2025 at 9:00AM, if not completed on Thursday, October 2, 2025.

    IT IS SO ORDERED.

    DATED: Austin, Texas September 10, 2025.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE