**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FELLOWSHIP OF CHRISTIAN UNIVERSITY STUDENTS AT THE UNIVERSITY OF TEXAS AT DALLAS, THE RETROGRADE NEWSPAPER, YOUNG AMERICANS FOR LIBERTY, INC., ZALL ARVANDI, TEXAS SOCIETY OF UNCONVENTIONAL DRUMMERS, and STRINGS ATTACHED,

*Plaintiffs,*

v.

KEVIN P. ELTIFE, JANIECE LONGORIA, JAMES C. "RAD" WEAVER, NOLAN PEREZ, M.D., STUART W. STEDMAN, ROBERT P. GAUNTT, CHRISTINA MELTON CRAIN, JODIE LEE JILES, and KELCY L. WARREN, in their official capacities as members of the Board of Regents of The University of Texas System; JOHN M. ZERWAS, M.D., in his official capacity as Chancellor of The University of Texas System; JAMES E. DAVIS, in his official capacity as President of The University of Texas at Austin; and DR. PRABHAS V. MOGHE, in his official capacity as President of The University of Texas at Dallas,

*Defendants.*

.

CASE NO. 1:25-cv-01411

**DEFENDANTS' NOTICE OF APPEARANCE**

Defendants file this Notice of Appearance and hereby notifies the Court that Brian Keith Ingram will appear as counsel in the above-captioned case along with counsel listed below. Brian Keith Ingram is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is contained in the signature block:

Date: September 11, 2025

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

*/s/ Keith Ingram*
**BRIAN KEITH INGRAM**
Special Counsel
Texas State Bar No. 00787746
Keith.Ingram@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-2100

COUNSEL FOR THE STATE OF TEXAS

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 11, 2025 and that all counsel of record were served by CM/ECF.

*/s/ Keith Ingram*
BRIAN KEITH INGRAM
Special Counsel