UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FELLOWSHIP OF CHRISTIAN UNIVERSITY
STUDENTS AT THE UNIVERSITY OF TEXAS
AT DALLAS, *et al.,*

      *Plaintiffs,*

v.

KEVIN P. ELTIFE, *et al.,*

      *Defendants.*

CASE NO. 1:25-cv-01411

---

## ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Before the Court is Plaintiff's Motion for Preliminary Injunction. The Court having reviewed the Motion, Response, and applicable law, along with the argument of counsel hereby denies the Motion.

IT IS THEREFORE ORDERED that the Motion for Preliminary Injunction is denied in its entirety.

**SO ORDERED.**

Signed on _____, at Austin, Texas

_____
Hon. David Ezra
United States District Judge