**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN UNIVERSITY STUDENTS AT THE UNIVERSITY OF TEXAS AT DALLAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN P. ELTIFE, et al.,<br><br>Defendants. | Civil Case No. 1:25-cv-01411-DAE |

**PLAINTIFF THE RETROGRADE NEWSPAPER'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, The Retrograde Newspaper hereby discloses the following information: The Retrograde Newspaper operates as a registered nonprofit organization in the State of Texas. The Retrograde newspaper has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

Dated: September 24, 2025

Respectfully submitted,

/s/ JT Morris

JT Morris (Tex. Bar No. 24094444; S.D. Tex. Bar No. 3163670)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
(215) 717-3473
700 Pennsylvania Ave., Suite 340
Washington, DC 20003
jt.morris@thefire.org

Adam Steinbaugh (Cal. Bar No. 304829)*

Sara Berinhout (Mass. Bar No. 703217)*
Hannah Abbott (Penn. Bar No. 337123)*
FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
adam@thefire.org
sara.berinhout@thefire.org
hannah.abbott@thefire.org

** Pro hac vice motion pending*

**Attorneys for Plaintiffs Fellowship of Christian University Students at UT-Dallas, The Retrograde, Young Americans for Liberty, Inc., Zall Arvandi, Texas Society of Unconventional Drummers, and Strings Attached**

**CERTIFICATE OF SERVICE**

The undersigned certified that on the 24th day of September, 2025, a true and correct copy of this certificate was served via the CM/ECF system to all counsel and parties of record.

/s/ JT Morris