**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN UNIVERSITY STUDENTS AT UNIVERSITY OF TEXAS AT DALLAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN P. ELTIFE, et al.,<br><br>Defendants. | Civil Case No. 1:25-cv-1411-DAE |

## HEARING ON PRELIMINARY INJUNCTION: PLAINTIFFS' EXHIBIT LIST

| | | |
|---|---|---|
| Hon. David Alan Ezra | Plaintiffs' Attorneys:<br>JT Morris; Adam Steinbaugh | Defendants' Attorney:<br>Keith Ingram |
| Hearing Date:<br>Oct. 2, 2025 | Court Reporter: | Courtroom Deputy: |

| Exhibit Number[1] | Description |
|---|---|
| 1 | Verified Complaint |
| 2 | S.B. 18, 86th Leg., Reg. Sess. (Tex. 2019) |
| 3 | S.B. 2972, 89th Leg., Reg. Sess. (Tex. 2025) |
| 4 | Former Univ. of Tex. at Dall. Policy No. UTDSP5001, Speech Expression and Assembly |
| 5 | Former Univ. of Tex. at Aus Institutional Rules, Chapter 13, Speech, Expression, and Assembly |
| 6 | Revised Univ. of Tex. at Dall. Policy No. UTDSP5001, Speech Expression and Assembly |
| 7 | Revised Univ. of Tex. at Aus. Institutional Rules, Chapter 13, Speech, Expression, and Assembly |

[1] Plaintiffs also rely on all documents, videos, and other evidence cited in the Verified Complaint (Dkt. 1), Motion for Preliminary Injunction (Dkt. 6), and Reply in Support of Motion for Preliminary Injunction (Dkt. 19). Plaintiffs do not intend to call any witnesses at the hearing.

| **Exhibit Number**[1] | **Description** |
|---|---|
| 8 | Univ. of Tex. Sys. Bd. of Regents R. 20101: Chancellor |
| 9 | Univ. of Tex. Sys. Bd. of Regents R. 20201: Presidents |
| 10 | Univ. of Tex. at Aus., 2025–2026 Academic Calendar |
| 11 | Univ. of Tex. at Dall., Official Academic Calendar Fall 2025 |
| 12 | Univ. of Tex. at Dall., Official Academic Calendar Spring 2026 |
| 13 | Univ. of Tex. at Dall., Official Academic Calendar Summer 2026 |
| 14 | Univ. of Tex. at Dall., Policy No. UTDSP5003, Student Code of Conduct |
| 15 | Univ. of Tex. at Aus., 2025–2026 Institutional Rules, Chapter 11, Student Conduct and Academic Integrity |
| 16 | Tex. House Comm. on Higher Educ., Bill Analysis, S.B. 2972, 89th Leg., Reg. Sess. (2025) |
| 17 | Dr. Aaron Voyles & Melissa Jones-Wommack, Apr. 23, 2024, Letter to Palestine Solidarity Committee Regarding Notice Cancelling Planned Event |
| 18 | Asad Jung, "Travis County Attorney Drops Charges Against 79 More UT-Austin Protesters," Texas Tribune (June 26, 2024) |
| 19 | UT System Board of Regents August 20–21, 2025 Meeting Consent Agenda |

Dated: September 29, 2025

Respectfully submitted,

/s/ JT Morris

JT Morris (Tex. Bar No. 24094444)
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)
(215) 717-3473
700 Pennsylvania Ave., Suite 340
Washington, DC 20003
jt.morris@thefire.org

Adam Steinbaugh (Cal. Bar No. 304829)*
Sara Berinhout (Mass. Bar No. 703217)*
Hannah Abbott (Penn. Bar No. 337123)*
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
adam@thefire.org
sara.berinhout@thefire.org
hannah.abbott@thefire.org

* *Admitted pro hac vice*

**Attorneys for Plaintiffs Fellowship of Christian University Students at UT Dallas, The Retrograde, Young Americans for Liberty, Inc., Zall Arvandi, Texas Society of Unconventional Drummers, and Strings Attached**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 29th day of September, 2025, a true and correct copy of Plaintiffs' exhibit list was served via the CM/ECF system to all counsel of record.

/s/ *JT Morris*