**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

*Fellowship of Christian University Students at the University of Texas at Dallas, et al.,*

-vs-

*Kevin P. Eltife, et al.,*

**Case No.** 1:25-cv-01411-DAE

## ORDER

BE IT REMEMBERED on this the ________ day of ________________, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Hannah Abbott ("Applicant"), counsel for Plaintiffs FOCUS, et al., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Plaintiffs FOCUS, et al., in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the ________ day of ______________________ 20____.

UNITED STATES DISTRICT JUDGE