FILED
October 02, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ps
DEPUTY

United States District Court District Court
Exhibits List: 1:25-cv-01411-DAE
Fellowship of Christian University Students at The University of Texas at Dallas et al v. Eltife et al, 10/2/2025
Plaintiffs' Motion for Preliminary Injunction (dkt no. 6)

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-1 | Verif. Compl. | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-2 | SB 18 | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-3 | SB 2972 | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-4 | Former UTD Speech Policy | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-5 | Former UTA Speech Policy | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-6 | Revised UTD Speech Policy | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-7 | Revised UTA Speech Policy | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-8 | BOR Rule 20101 | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-9 | BOR Rule 20201 | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-10 | UTA 2025-26 Academic Cal | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-11 | UTD Fall 2025 Cal | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-12 | UTD Spring 2026 Cal | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-13 | UTD Summer Cal 2026 | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-14 | UTD Code of Conduct | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-15 | UTA Code of Conduct | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-16 | SB02972H House committee report | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-17 | Letter to PSC re Protest | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-18 | Jung Tex. Trib Article | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Pla-19 | Consent Agenda | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Def-1 | Declaration of Katie McGee | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |
| Def-2 | Declaration of Amanda Smith | Yes | 10/2/2025 3:15 PM | 10/2/2025 3:15 PM |