## 1. Title

Chancellor

## 2. Rule and Regulation

Sec. 1 Role. The Chancellor is the chief executive officer of The University of Texas System. The Chancellor reports to and is responsible to the Board of Regents. The Chancellor heads the System Administration, which is used by the Board to exercise its powers and authorities in the governance of the U.T. System. The Chancellor has direct line responsibility for all aspects of the U.T. System's operations.

Sec. 2 Appointment. The Chancellor will be elected by the affirmative vote of a majority of the Regents in office and will hold office without fixed term, subject to the pleasure of the Board.

Sec. 3 Primary Duties and Responsibilities. The Chancellor, by delegation from the Board of Regents, is authorized to exercise the powers and authorities of the Board in the governance of the U.T. System. The Chancellor will normally act through the officers of the U.T. System regarding the matters delegated by the Regents' *Rules and Regulations* or other Board action. The Chancellor, however, is not precluded from any direct participation and communication with System Administration officers or staff, institutional officers or staff, faculty members, and faculty or staff organizations. The major duties of the Chancellor include:

3.1 Counseling, Implementing, and Representing. Counseling the Board with respect to the policies, purposes, and goals of the System; acting as executive agent of the Board in implementing Board policies, purposes, and goals and a system of internal controls; representing the U.T. System in all other respects as deemed appropriate to carry out such policies, purposes, and goals, and interpreting and articulating the U.T. System's academic, administrative, and developmental policies, programs, needs, and concerns to the general public and to other constituencies at the community, state, regional, and national levels.

3.2 Strategic Planning. In consultation with the Board of Regents, the Chancellor conducts an ongoing review of

emerging trends and critical issues in higher education and, in collaboration with U.T. System and institutional leadership, recommends operational adjustments based on assessments of the internal and external environment; and recommendations for U.T. System goals, priorities, and benchmarks of progress in academic programs, service, capital expenditures, and the allocation of financial resources.

3.3 Directing. Directing the management and administration of System Administration and all institutions of the U.T. System.

3.4 Organizing. Reviewing periodically the organization of the System Administration and the institutions of the U.T. System and reporting to the Board recommendations for changes in organization, assignments, and procedures.

3.5 Recommending Board Action. Making appropriate recommendations to the Board of Regents along with any appropriate U.T. System officer or president of an institution.

3.6 Budgeting. Preparing and approving annual operating budgets for the System Administration and the institutions of the U.T. System and submitting recommendations to the Board of Regents in accordance with Rule 20501.

3.7 Preparing Legislative Submissions. Preparing and approving biennial legislative submissions to the Legislative Budget Board and to the Governor for the System Administration and the institutions of the U.T. System for the consideration of the Board of Regents in accordance with Rule 20501.

3.8 Fund Development. Serving as the chief executive officer for fund development and as the agent of the Board of Regents for the discharge of development responsibilities. Defining for the Board, at periodic intervals, descriptions of current and future needs, as determined by the presidents and System Administration, taking into account recommendations from institutional development boards.

3.9 Appointment of Officers. Appointing the Executive Vice Chancellors, Vice Chancellors, and the Chief Compliance and Risk Officer. Appointments shall be made after consultation with the Chairman of the Board and must comply with the Board's policy on the compensation of key executives as set forth in Rule 20203. The Chancellor may also approve the payment of reasonable supplemental salary for an individual assuming additional duties including those of an interim appointment, following consultation with the Chairman.

3.10 Nominating Chief Audit Executive. Nominating candidates for the position of Chief Audit Executive for appointment by the Board of Regents, as outlined in Rule 20401.

3.11 Oversight of UTIMCO. Serving, if appointed by the Board of Regents, on the Board of Directors of The University of Texas/Texas A&M Investment Management Company (UTIMCO). Generally overseeing the operations of UTIMCO and coordinating interaction between the U.T. System and UTIMCO. Ensuring that UTIMCO implements the core investment functions delegated by the Board of Regents in conformance with the Regents' *Rules and Regulations*, the Investment Management Services Agreement, and the Investment Policy Statements adopted by the Board. Directing UTIMCO in areas other than core investment functions such as relations with the media, intergovernmental relations, and public disclosure issues. Recommending to the Board of Regents, in its fiduciary role, an effective oversight system for the proper management of UTIMCO, including, but not limited to clear procedures for the selection of UTIMCO directors; process for budget review; and periodic review of the Investment Management Services Agreement.

## 3. Definitions

None

## 4. Relevant Federal and State Statutes

*Texas Education Code* Section 51.353, Responsibility of System Administration

*Texas Education Code* Section 65.16, System Central Administration Office; Executive Officer

*Texas Education Code* Section 66.08 – Investment Management

*Texas Government Code* Chapter 669, Restrictions on Certain Actions Involving Executive Head of State Agency

**5. Relevant System Policies, Procedures, and Forms**

Regents' *Rules and Regulations,* Rule 20401 – Audit and Compliance Programs

Regents' *Rules and Regulations,* Rule 20501 – Accounting, Operating Budgets, and Legislative Appropriation Requests

**6. System Administration Office(s) Responsible for Rule**

Office of the Board of Regents

**7. Dates Approved or Amended**

Regents' Rules Revision History