# The University of Texas at Austin
## Academic Calendar 2025-2026

**August 2025**

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

**September 2025**

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | **H** | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

**October 2025**

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**Fall Term (70 ID, 2 SD, 4 FE)**
- Monday, August 25, 2025 — First day of classes
- Nov 24-29 — Fall break
- Wednesday, December 8, 2027 — Last Class Day
- Dec 11-13, & 15 — Final Exams

**Winter Term (17 ID, 0 SD, 0 FE)**
- Dec 16 - Jan 10

**November 2025**

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | **FB** | **FB** | **FB** | **FB** | **FB** | **FB** |
| 30 | | | | | | |

**December 2025**

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | **SD** | **SD** | **FE** | **FE** | **FE** |
| 14 | **FE** | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | **H** | **H** | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**January 2026**

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | | | **H** | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | **H** | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Spring Term (70 ID, 2 SD, 4 FE)**
- Monday, January 12, 2026 — First day of classes
- March 16-21 — Spring Break
- Monday, April 27, 2026 — Last Class Day
- April 30, May 1 - 2, & 4 — Final exams

**May Term (21 ID, 0 SD, 0 FE)**
- May 5 - June 3

**February 2026**

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

**March 2026**

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | **SB** | **SB** | **SB** | **SB** | **SB** | **SB** |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**April 2026**

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | **SD** | **SD** | **FE** | | |

**Whole Summer Semester (51 ID, 0 SD, 2 FE)**
- Thursday, June 4, 2026 — First day of classes
- Friday, August 14, 2026 — Last class day
- August 15 & 17 — Final Exams

**First Summer Term (25 ID, 0 SD, 2 FE)**
- Thursday, June 4, 2026 — First day of classes
- Thursday, July 9, 2026 — Last class day
- July 10 & 11 — Final Exams

**May 2026**

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | | | | **FE** | **FE** |
| 3 | **FE** | 5 | 6 | 7 | 8 | **CM** |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | **H** | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

**June 2026**

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | **H** | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

**July 2026**

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | **FE** | **FE** |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | **FE** | **FE** | 31 | |

**Nine-Week Summer Term (38 ID, 0 SD, 2 FE)**
- Thursday, June 4, 2026 — First day of classes
- Tuesday, July 28, 2026 — Last class day
- July 29 & 30 — Final Exams

**Second Summer Term (25 ID, 0 SD, 2 FE)**
- Monday, July 13, 2026 — First day of classes
- Friday, August 14, 2026 — Last class day
- August 15 & 17 — Final Exams

**August 2026**

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | **FE** |
| 16 | **FE** | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

**KEY**

| | |
|---|---|
| **H** | Official Holiday |
| **FB** | Fall Break |
| **SD** | Study Day |
| **FE** | Final Exam |
| **SB** | Spring Break |
| **CM** | Commencement |
| **ID** | Instruction Day |

This at-a-glance calendar only shows core academic dates. Please visit the academic for full details at registrar.utexas.edu/calendars/25-26