# Official Academic Calendar Fall 2025

***Note:* All offices are closed on Saturdays and Sundays. All transactions must occur online.**
***All email correspondence will be sent to UTD email address***

## Classes Begin
Full-term session .......... Monday, August 25
1st 8-week session .......... Monday, August 25
2nd 8-week session .......... Monday, October 20

## Web Registration
Enrollment appointments available online .......... Monday, Mar. 31
***All students should check their enrollment appointment details in Orion for the date and time they can begin registering.***
Schedule Planner Available .......... Monday, Mar. 31
Online add/swap ends .......... Tuesday, September 2

**Last Day for Re-admission** .......... Friday, August 15

**Last Enrollment from Waitlist** .......... Friday, August 22

## Last Day for Regular Registration
Full-term session .......... Thursday, August 21
1st 8-week session .......... Thursday, August 21
2nd 8-week session .......... Thursday, October 16

## Late Registration and Last Day to Add/Swap
*If you register or add during late registration, payment is due the same day you register. You will be assessed a minimum $100 late registration fee. See Bursar's Office information.*
Full-term session .......... Friday, Aug. 22 – Tuesday, Sept. 2
1st 8-week session .......... Friday, Aug. 22 – Tuesday, Sept. 2
2nd 8-week session .......... Friday, Oct. 17 – Monday, Oct. 27

## Census Day (State Reporting Date) Last Day to Drop
Full-term session .......... Wednesday, September 10
1st 8-week session .......... Tuesday, September 2
2nd 8-week session .......... Monday, October 27

## Drop/Withdrawal Deadlines
*Please check Comet calendar for signature procedures.*

### Full-Term Session
Last day to drop a class without a "W" .......... Wed., Sept. 10
Undergraduate Courses
Approval required Thursday, Sept. 11 – Monday, Nov. 10
Graduate Courses
Withdrawal Ends .......... Monday, Nov. 10

### 1st 8-Week Session
Last day to drop a class without a "W" .......... Tuesday, Sept. 2
Undergraduate Courses
Approval required .......... Wed., Sept. 3 – Mon., Sept. 29
Graduate Courses
Withdrawal Ends .......... Monday, September 29

### 2nd 8-Week Session
Last day to drop a class without a "W" .......... Monday, Oct. 27
Undergraduate Courses
Approval required .......... Tuesday, Oct. 28 – Tuesday, Nov. 25
Graduate Courses
Withdrawal Ends .......... Tuesday, November 25

## Last Day of Classes *(Not including final exams)*
Full-term session .......... Tuesday, December 9
1st 8-week session .......... Monday, October 13
2nd 8-week session .......... Tuesday, December 9

## Reading Days *(Study days prior to final exams)*
Full-term & 2nd 8-week sessions only .......... Wednesday, Dec. 10

## Final Exams
Full-term session .......... Thursday, Dec. 11 – Tuesday, Dec. 16
1st 8-week session .......... Tuesday, Oct. 14 – Saturday, Oct. 18
2nd 8-week session .......... Thursday, Dec. 11 – Tuesday, Dec. 16

## Mid-Term Grades Due and Viewable Online
***All midterm grades must be submitted online.***
Midterm (undergraduate courses only) .......... Saturday, Oct. 18

## Final Grading Period
***All grades must be received by Friday, December 19.***
***Viewable online after posting begins Wednesday, Dec. 17.***
Full-term session .......... Thursday, Dec. 11 – Friday, Dec. 19
1st 8-week session .......... Tuesday, Oct. 14 – Saturday, Oct. 18
2nd 8-week session .......... Thursday, Dec. 11 – Friday, Dec. 19

## Graduation/Commencement *(All Fall 2025 Sessions)*
Priority Graduation Application .......... Wednesday, Sept. 3
Last day to change primary name or request preferred name .......... Tuesday, September 30
Final Graduation Application .......... Wednesday, October 1
Commencement Activities .......... Wed., Dec. 17 – Sat. Dec. 20
Commencement tickets & GradPass available .......... Sat., Nov. 1
Doctoral hooding ceremony .......... TBA
Degree conferral date .......... Saturday, December 20

*The following deadlines must be met by the dates listed and require visitation to the Office of Graduate Education (OGE) website graduate.utdallas.edu:*
Last day to request scheduling of final doctoral oral examination .......... Tues., October 28
Last day to conduct final doctoral exam .......... Tues., November 11
Final day to upload final version of dissertation for review by OGS .......... Tues., November 18
Final day to receive approval of final version of dissertation by OGS .......... Thurs., December 4
Final day to upload final version of master's thesis for review by OGS .......... Tues., November 25
Final day to receive approval of final version of master's thesis by OGS .......... Tues., December 9

## University Closings
Labor Day .......... Monday, September 1
Thanksgiving holidays .......... Thursday, Nov. 27 – Sunday, Nov. 30
Winter break .......... Monday, Dec. 22 – Thursday, Jan. 1
**No Classes**:
Fall break .......... Monday, Nov. 24 – Wednesday, Nov. 26

## Incompletes
Incomplete grades due for undergraduates and graduates from previous long semester .......... Monday, October 20

# Payment and Refund Calendar Fall 2025

## Bursar's Schedule

Bills will be available electronically at www.utdallas.edu/ezpay starting July 10th. Bills are not mailed.
Financial Aid refunds will be issued as available through Direct Deposit or mailed to your address in Orion starting Aug 20th.

## Payment Options

For details see Payment Options.

## Payment Due Dates*

Students taking courses in combined sessions in the semester should adhere to deadlines for the earlier session. **You must pay by the published deadline to avoid possible dropping of classes and/or late fees. Students should NOT expect classes to be automatically dropped for non-payment. Please be advised it is the student's responsibility to confirm classes have been dropped to avoid being assessed late fees or penalties.**
Bills and tuition balances may be accessed online through EZPAY at: (www.utdallas.edu/ezpay).
If you add a course to your schedule, you must make a payment the same day or you will be assessed a $100 late fee and your courses may be canceled.
**Official Tuition Statements available through Orion**
**Please see https://bursar.utdallas.edu/ for more information regarding payment deadlines.**

**UTD Full-Time Employee Deadline** Thurs. Sep 4

### Full-Term Session:

Early Payment Deadline………….................... Wed. Jul 30
Regular Payment Deadline………………. ......Thurs. Aug 21
Financial Aid Recipients*………………………......Thurs. Sep 4
JSOM Executive Education……………………… Mon. Aug 25
Late Payment fee required beginning:
$100 ..........................................................Fri. Aug 22
$150 ..........................................................Thurs. Aug 28
$200 ..........................................................Thurs. Sep 4
$250 ..........................................................Wed. Sep. 10

### 1st 8-Week Session Only

Early Payment Deadline ..................................... Wed. Jul 30
Regular Payment Deadline...............................Thurs. Aug 21
Financial Aid Recipients** ..................................Thurs. Sep 4
Late Payment fee required beginning:
$100 ..........................................................Fri. Aug 22
$150 ..........................................................Thurs. Aug 28

### 2nd 8-Week Session Only

Payment Deadline .............................................Thurs. Oct 16
Financial Aid Recipients*.................................... Wed. Oct 22
Late Payment fee required beginning:
$100 ..........................................................Fri. Oct 17
$150 ..........................................................Thurs. Oct 23

***Financial Aid recipients** who have met the requirements have an extended deadline to allow time for their aid funds to be awarded. If you are not going to attend, you must still drop classes prior to term start date to avoid fees. Alternative payment arrangements must be made if the financial aid funds are not awarded by the above deadline, to avoid possible cancellation of classes and/or late fees.

**Other Charges Deadline:** Insurance, Meal Plan and Housing charges must be paid in full by **Sep 4th** or an installment plan in effect to avoid late fee charges.

## Payment Plans

### Installment Payment Deadlines

The installment plan allows students to split their tuition and fee bill into four equal installments. The plan is only available for those students who are enrolled in the Full-term session. To enroll you must officially sign up for the installment contract online through EZPAY (www.utdallas.edu/ezpay) and pay the 1st installment due plus a $25 service fee by the dates below. Simply making payment of 1/4 of the balance does not protect against cancellation. Also, if a course is added you must check EZPAY for the new installment amounts to be paid or your courses may be canceled. Note: Installment plans are only available online through EZPAY.
First installment payment deadline
Early................................................................ Wed. Jul 30
Regular ........................................................Thurs. Aug 21
Second installment payment deadline.................. Wed. Sep 24
Third installment payment deadline........................ Wed. Oct 22
Fourth installment payment deadline……………........Wed. Nov 19

### Short Term Loan Payment Deadline

The short term loan allows a student to extend their payment deadline and make one lump sum payment. The plan is only available through Orion under Self Service/Campus Finances/Enroll in Payment Plan. There is a 1.25% origination fee to enroll in the plan.
Short Term Loan Due Date…………………..…… Wed. Oct 22

## Refund Schedule

Refunds for dropping or withdrawing from the University will be generated once classes begin. The amount depends on whether or not you remain enrolled in other courses. If you drop a class and later withdraw, your refund will reflect the combination of dropped classes and the remaining hours at the time of withdrawal. This refund policy is based on Texas state law and can be found under Section 54.006 of the Education code of the Texas Statutes.

### Dropping a course(s)

If you drop a course(s) but remain in at least one other session course, you will receive a 100% refund until the following dates.
Full-Term Session ................................................ Wed. Sep 10
1st 8 Week Session ...............................................Tue. Sep 02
2nd 8-Week Session ............................................. Mon. Oct 27

### Complete Withdrawal

If you drop or withdraw from **all** your courses for the semester listed below are the prorated refund percentages:

### Full-Term Session

100% refund through ..................................... Sun. Aug 24
80% refund through ...........................................Fri. Aug 29
70% refund through .......................................Mon. Sep 08
50% refund through .......................................Mon. Sep 15
25% refund through ...................................... Mon. Sep 22

### 1st 8-Week Session

100% refund through ..................................... Sun. Aug 24
80% refund through....................................... Wed. Aug 27
50% refund through........................................Tue. Sep 02

### 2nd 8-Week Session

100% refund through....................................... Sun. Oct 19
80% refund through....................................... Wed. Oct 22
50% refund through........................................Mon. Oct 27