# Official Academic Calendar Spring 2026

***Note:** All offices are closed on Saturdays and Sundays. All transactions must occur online.*
***All email correspondence will be sent to UTD email address***

## Classes Begin
Full-term session ...................................... Tuesday, January 20
1st 8-week session .................................. Tuesday, January 20
2nd 8-week session..................................... Monday, March 23

## Web Registration
Enrollment appointments available online ........Monday, Oct. 20
***All students should check their enrollment appointment details in Orion for the date and time they can begin registering.***
Schedule Planner Available....................... Monday, October 20
Online add/swaps ends ............................ Tuesday, January 27

## Last Day for Re-admission.......... Saturday, January 10

## Last Enrollment from Waitlist ..........Friday, January 16

## Last Day for Regular Registration
Full-term session ..................................... Thursday, January 15
1st 8-week session.................................. Thursday, January 15
2nd 8-week session................................... Thursday, March 19

## Late Registration and Last Day to Add/Swap
*If you register or add during late registration, payment is due the same day you register. You will be assessed a minimum $100 late registration fee. See Bursar's Office information.*
Full-term session ....................Friday, Jan.16 -Tuesday, Jan. 27
1st 8-week session...............Friday, Jan.16 – Tuesday, Jan. 27
2nd 8-week session.............Friday, Mar. 20 – Monday, Mar. 30

## Census Day (State Reporting Date) Last Day to Drop
Full-term session ..................................Wednesday, February 4
1st 8-week session................................... Tuesday, January 27
2nd 8-week session..................................... Monday, March 30

## Drop/Withdrawal Deadlines
*Please check Comet calendar for signature procedures.*

### Full-Term Session
Last day to drop a class without a "W" ........... Wed., Feb. 4
Undergraduate Courses
Approval required ......... Thursday, Feb. 5 – Wed., April 8
Graduate Courses
Withdrawal Ends...............................Wednesday, April 8

### 1st 8-Week Session
Last day to drop a class without a "W" .... Tuesday, Jan. 27
Undergraduate Courses
Approval required .......Wed., Jan. 28 – Monday, Feb. 23
Graduate Courses
Withdrawal Ends............................Monday, February 23

### 2nd 8-Week Session
Last day to drop a class without a "W" .........Monday, Mar. 30
Undergraduate Courses
Approval required .... Tuesday, Mar. 31 – Monday, April 27
Graduate Courses
Withdrawal Ends.......................................Monday, April 27

## Last Day of Classes *(Not including final exams)*
Full-term session..................................................... Friday, May 8
1st 8-week session ........................................... Monday, March 9
2nd 8-week session ................................................ Friday, May 8

## Reading Days *(Study days prior to final exams)*
Full-term & 2nd 8-week sessions only..................Saturday, May 9

## Final Exams
Full-term session......................Monday, May 11 – Friday, May 15
1st 8-week session ...... Tuesday, March 10 – Saturday, March 14
2nd 8-week session ................Monday, May 11 – Friday, May 15

## Mid-Term Grades Due and Viewable Online
***All midterm grades must be submitted online.***
Midterm (undergraduate courses only) ...........Saturday, March 14

## Final Grading Period
***All grades must be received by Wednesday, May 20.***
***Viewable online after posting begins Saturday, May 16.***
Full-term session.............Monday, May 11 – Wednesday, May 20
1st 8-week session ...... Tuesday, March 10 – Saturday, March 14
2nd 8-week session ........Monday, May 11 – Wednesday, May 20

## Graduation/Commencement *(All Spring 2026 Sessions)*
Priority Graduation Application ............... Wednesday, January 28
Last day to change primary name or request preferred name ..............................Monday, February 23
Final Graduation Application...............................Sunday, March 1
Commencement Activities .......... Monday, May 18 – Sat., May 23
Commencement tickets & Grad Pass available ........ Wed., April 1
Doctoral hooding ceremony ....................................................TBA
Degree conferral date .......................................Saturday, May 23

*The following deadlines must be met by the dates listed and require visitation to the Office of Graduate Education (OGE) website graduate.utdallas.edu:*
Last day to request scheduling of final doctoral oral examination .........................................TBA
Last day to conduct final doctoral exam...........................................................TBA
Final day to upload final version of dissertation for review by OGE ........................................TBA
Final day to receive approval of final version of dissertation by OGE ........................................TBA
Final day to upload final version of master's thesis for review by OGE..................................TBA
Final day to receive approval of final version of master's thesis by OGE..................................TBA
*For OGE Priority Deadlines, visit the deadlines page.*

## University Closings
Martin Luther King Day .................................Monday, January 19
**No Classes**:
Spring break ............ Monday, March 16 – Sunday, March 22

## Incompletes
Incomplete grades due for undergraduates and graduates from previous long semester................................... Monday, March 23