# Official Academic Calendar Summer 2026

***Note:* All offices are closed on Saturdays and Sundays. All transactions must occur online. All email correspondence will be sent to UTD email address**

## Classes Begin
11-week session ........ Monday, June 1
1st 5-week session ........ Monday, June 1
2nd 5-week session ........ Wednesday, July 8
8-week session (TED only) ........ Monday June 8

## Web Registration
Open enrollment ........ Monday, April 6
Schedule Planner Available ........ Monday, March 23
Online add/swaps ends ........ Thursday, June 4

## Last Day for Re-admission ........ Friday, May 22

## Last Enrollment from Waitlist ........ Friday, May 29

## Last Day for Regular Registration
11-week session ........ Thursday, May 28
1st 5-week session ........ Thursday, May 28
2nd 5-week session ........ Monday, July 6
8-week session (TED only) ........ Thursday, June 4

## Late Registration and Last Day to Add/Swap
*If you register or add during late registration, payment is due the same day you register. You will be assessed a minimum $100 late registration fee. See Bursar's Office information.*

11-week session ........ Friday, May 29 – Thursday, June 4
1st 5-week session ........ Friday, May 29 – Thursday, June 4
2nd 5-week session ........ Tuesday, July 7 – Monday, July 13
8-week session (TED only) ... Friday, June 5 – Monday, June 15

## Census Day (State Reporting Date) Last Day to Drop
11-week session ........ Tuesday, June 16
1st 5-week session ........ Thursday, June 4
2nd 5-week session ........ Monday, July 13
8-week session (TED only) ........ Monday, June 15

## Drop/Withdrawal Deadlines
*Please check Comet calendar for signature procedures.*

### 11-Week Session
Last day to drop a class without a "W" ........ Tuesday, June 16
Undergraduates Courses
Approval required ........ Wed., June 17 – Thursday, July 16
Graduate Courses
Withdrawal Ends ........ Thursday, July 16

### 1st 5-Week Session
Last day to drop a class without a "W" ........ Thursday, June 4
Undergraduates Courses
Approval required ........ Friday, June 5 – Tuesday, June 23
Graduate Courses
Withdrawal Ends ........ Tuesday, June 23

### 2nd 5-Week Session
Last day to drop a class without a "W" ........ Monday, July 13
Undergraduates Courses
Approval required ........ Tuesday, July 14 – Thursday, July 30
Graduate Courses
Withdrawal Ends ........ Thursday, July 30

### 8-Week Session (TED only)
Last day to drop a class without a "W" ........ Monday, June 15
Undergraduates Courses
Approval required ........ Tuesday, June 16 – Monday, July 13
Graduate Courses
Withdrawal Ends ........ Monday, July 13

## Last Day of Classes (*Not including final exams)*
11-week session ........ Wednesday, August 12
1st 5-week session ........ Friday, July 3
2nd 5-week session ........ Wednesday, August 12
8-week session (TED only) ........ Saturday July 25

## Final Exams
11-week session ........ Thursday, August 13 – Friday, Aug. 14
1st 5-week session ........ Monday, July 6 – Tuesday, July 7
2nd 5-week session ........ Thursday, August 13 – Friday, Aug. 14
8-week session (TED only) ........ Mon., July 27 – Tuesday, July 28

## Mid-Term Grades Due and Viewable Online
***All midterm grades must be submitted online.***
Midterm (undergraduate courses only) ........ Tuesday, July 7

## Final Grading Period
***All grades must be received by Tuesday, August 18.***
***Viewable online after posting begins Monday, August 17.***
11-week session ........ Thursday, August 13 – Tues., August 18
1st 5-week session ........ Monday, July 6 – Friday, July 10
2nd 5-week session ........ Thursday, August 13 – Tues., August 18
8-week session (TED only) ... Monday, July 27 – Saturday, Aug. 1

## Graduation/Commencement *(All Summer 2026 Sessions)*
Priority Graduation Application ........ TBA
Last day to change primary name or request preferred name ........ TBA
Final Graduation Application ........ Wednesday, July 15
Doctoral hooding ceremony ........ TBA
Degree conferral date ........ Saturday, August 22

*Graduating in the **Summer**, participating in the **Fall 2026** Commencement Ceremony:*
RSVP Deadline ........ TBA

*The following deadlines must be met by the dates listed and require visitation to the Office of Graduate Education (OGE) website graduate.utdallas.edu:*
Last day to request scheduling of final doctoral oral examination ........ TBA
Last day to conduct final doctoral exam ........ TBA
Final day to upload final version of dissertation for review by OGE ........ TBA
Final day to receive approval of final version of dissertation by OGE ........ TBA
Final day to upload final version of master's thesis for review by OGE ........ TBA
Final day to receive approval of final version of master's thesis by OGE ........ TBA

*For OGE Priority Deadlines, visit the deadlines page.*

## University Closings
Memorial Day ........ Monday, May 25
Juneteenth/Emancipation Day ........ Friday, June 19
Independence Day ........ Saturday, July 4