OFFICE OF THE DEAN OF STUDENTS

*100 West Dean Keeton Street A5800 • Austin, TX 78712 • (512) 471-5017 • FAX (512) 471-7833*
*deanofstudents.utexas.edu • deanofstudents@austin.utexas.edu*

April 23, 2024

[redacted]
Palestine Solidarity Committee
[redacted]

Re: Notice Cancelling Planned Event

Dear [redacted],

The University of Texas at Austin must first and foremost act to protect our educational mission, allowing the activities and operations that support our mission to proceed. At the same time, we are steadfast in our support of free speech. Our policies and rules help define the lines between these objectives and shape our response to planned protests.

The Palestine Solidarity Committee student organization's event "Popular University for Gaza," which is planned for tomorrow, has declared intent to violate our policies and rules, and disrupt our campus operations.[1] Such disruptions are never allowed and are especially damaging while our students prepare for the end of the semester and final exams. For these reasons, this event may not proceed as planned.

Simply put, The University of Texas at Austin will not allow this campus to be "taken" and protesters to derail our mission in ways that groups affiliated with your national organization have accomplished elsewhere.

**Please be advised that you are not permitted to hold your event on the University campus. Any attempt to do so will subject your organization and its attending members to discipline including suspension under the Institutional Rules. Individuals not affiliated with the University and attempting to attend this event will be directed to leave campus. Refusal to comply may result in arrest.**

---

[1] UT Austin registered student organization Palestine Solidarity Committee ("PSC") Instagram post of April 21, 2024 (emphasis added).

> WE ARE ALL SJP! Our universities have chosen profit and reputation over the lives of the people of Palestine and our will as students. The supposed power of our administrators is nothing compared to the strength of the united students, staff, and faculty committed to realizing justice and upholding Palestinian liberation on campus. *In the footsteps of our comrades at Rutgers-New Brunswick SJP, Tufts SJP, and Columbia SJP, we will take back our university* and force our administration to divest, for the people of Gaza!

UT Austin registered student organization PSC Instagram post of April 23, 2024 (encouraging people to wear face masks in violation of Chapter 13-105(a)(i) of the Institutional Rules).

> Reclaim our space on WED APR 24TH CLASS IS CANCELLED MEET AT GREG PLAZA MARCH TO OCCUPY THE LAWN BRING BLANKETS, FOOD, FACE MASKS, AND ENERGY

Our campus has a long history of peaceful student protests and free speech and expression. If you are interested in organizing an event that adheres to our University policies and rules, we are happy to connect you to a staff member that can answer your specific questions and assist you in understanding what conduct is and is not permitted on our campus. However, whether you reach out for such assistance or not, you are responsible for understanding the University's expectations for students and their organizations. Failing to comply with this notice will subject you to student discipline. You, your organization, and its members will not receive an additional warning.

In accordance with Sec. 9-301(a) of the Institutional Rules, and per the University's record retention policy, all documents pertaining to this matter will be maintained in the official University file for the organization and will be relied upon should future allegations of misconduct arise.

If you have any questions, please feel free to contact our office at 512-471-5017 or deanofstudents@austin.utexas.edu.

Sincerely,



Dr. Aaron Voyles
Executive Director Student Involvement
Office of the Dean of Students



Melissa Jones-Wommack
Acting Executive Director
Student Conduct and Academic Integrity
Office of the Dean of Students