# Travis County Attorney drops charges against 79 more UT-Austin protesters

The arrests were the result of the second police crackdown on pro-Palestine demonstrations at UT-Austin. The first protest, on April 24, resulted in 57 arrests, which were also dismissed.

BY **ASAD JUNG** JUNE 26, 2024 UPDATED: 5 PM CENTRAL **SHARE**

*Sign up for The Brief, The Texas Tribune's daily newsletter that keeps readers up to speed on the most essential Texas news.*

---

Criminal charges were dropped against 79 people arrested at a pro-Palestinian demonstration at the University of Texas at Austin on April 29. Travis County Attorney Delia Garza announced the charges would be dismissed at a press conference on Wednesday.

The protesters were charged with criminal trespass, a Class B misdemeanor. Although the arrests met the initial requirements for probable cause, the County Attorney's Office could not meet their legal burden to prove these charges beyond a reasonable doubt, Garza said.

There are still a number of other cases with more serious charges related to the April 29 arrests which are still under review, Garza said.

The April 29 arrests were the result of the second police crackdown on pro-Palestine demonstrations at UT-Austin. The first protest, on April 24, resulted in 57 arrests, most of whom were also charged with criminal trespass. Those charges, however, were quickly dismissed because law enforcement lacked probable cause, Garza said.

The police crackdowns on pro-Palestinian protests on April 24 and April 29 at the University of Texas at Austin are part of a larger wave of law enforcement and university administrators

MEMBER ❤ DRIVE

*An unexpected adventure awaits.*

Support the Tribune now for your chance to win a two-night Fort Worth experience.

DONATE TO ENTER →

Free speech advocates have criticized state GOP leaders, who supported the crackdown on pro-Palestinian protests despite having pushed legislation to protect free speech on college campuses a few years ago. In May 2019, Abbott signed Senate Bill 18, which required public colleges and universities to come up with more uniform policies for free speech and create disciplinary sanctions for students who interfered with the free speech of others. The legislation emerged amid some lawmakers' concerns that conservative voices were being limited on Texas campuses.

---

*Just in: Former U.S. Rep.* ***Liz Cheney****, R-Wyoming; U.S. Sen.* ***John Fetterman****, D-Pennsylvania; and Oklahoma Gov.* ***Kevin Stitt*** *will take the stage at The Texas Tribune Festival, Sept. 5–7 in downtown Austin.* ***Buy tickets today!***

*Learn about The Texas Tribune's policies, including our partnership with The Trust Project to increase transparency in news.*

**MEMBER ❤ DRIVE**

*An unexpected adventure awaits.*

Support the Tribune now for your chance to win a two-night Fort Worth experience.

DONATE TO ENTER →