**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN UNIVERSITY STUDENTS AT THE UNIVERSITY OF TEXAS AT DALLAS, *et al.*,<br>*Plaintiffs*,<br>v.<br>KEVIN P. ELTIFE, *et al.*,<br>*Defendants*. | CASE NO. 1:25-cv-01411 |

**DECLARATION OF AMANDA SMITH**

1. My name is Amanda Smith, and I am over the age of 18 and competent in all respects to make this declaration. I am currently the Associate Vice President for Student Affairs and Dean of Students at the University of Texas at Dallas ("UT Dallas").

2. The Dean of Students ("Dean") has primary authority and responsibility for the administration of the university process for students alleged to have engaged in conduct that violates a university rule or policy. The Dean delegates authority to, and is represented by, the Office of Community Standards and Conduct ("OCSC") during the administration of conduct process.

3. OCSC administers the judicial process for student discipline cases and encourages student learning, growth and development by promoting awareness of the University's expectations of behavior, holding students accountable for violations of these expectations, and developing educational sanctions designed to address the consequences of student decisions.

4. Another one of my duties as Dean is to serve as the Responsible University Official of certain University governing policies that pertain to students. This involves being responsible for the programmatic, functional and administrative areas and procedures addressed by the policy. One of the University policies for which I am responsible is Policy UTDSP5001 – Speech Expression and Assembly ("the Speech Policy"). I am thus ultimately responsible for disciplining students who violate the University's Speech Policy.

Defendants' Exhibit
2

5. The Speech Policy describes the governing policies, procedures and principles of Freedom of Speech, Expression and Assembly as they apply on the UTD campus and establishes reasonable time, place and manner rules imposed to preserve the equal rights of others and the other functions of the University. The Speech Policy recognizes that the University's primary purpose and function is an institution of higher education. Section C, Subsection 10 provides, for instance, that except as expressly authorized, "no speech, expression, or assembly may be conducted in a way that disrupts or interferes with any: (a) teaching, research administration, or other authorized activities on the campus; (b) free and unimpeded flow of pedestrian and vehicular traffic on the campus; or (c) signs, tables, exhibits, assemblies, distribution of literature, guest speakers, or use of amplified sound by another person or organization acting under the rules in this policy." UTDSP5001, Sec. C, Subsection 10, para. 1.

6. After the Texas legislature passed SB 2972 this spring, our University Attorney worked with my office to revise the Speech Policy to comply with the full text of the statute. The revised policy was approved by the Board of Regents and is currently posted on our University's website.

7. SB 2972 and the underlying text of the statute that it modified is being implemented in its entirety on the UT Dallas campus. This means that we will allow and prohibit the items newly listed in Texas Education Code 51.9315(f)(2) in a manner consistent with the remainder of the statute, which requires that nothing in this section of the Education Code may be used to violate freedom of expression. Tex. Educ. Code Section 51.9315(d) and (l).

8. The Speech Policy is enforced to preserve the equal rights of others and the functions of the University. It makes clear that in cases of marginal or unintentional disruption, administrators and law enforcement officials should clearly state what they consider disruptive and seek voluntary compliance before stopping the expressive conduct or resorting to disciplinary action. See Section B. Subsection 10, paragraph 3.

9. Prior to any discipline under the Speech Policy, persons are—and will be—warned that their conduct is violative of the policy and is interfering with other students. Those so warned will be given the opportunity to refrain from further such conduct prior to being subject to discipline. These are the instructions that are being given to all university personnel who may enforce the Speech Policy.

10. It is important for students living on campus to have quiet time each night to study and get adequate rest in preparation for the next day of classes. Residents in University Housing are instructed that they are expected to maintain an atmosphere conducive to studying, especially in the evenings, and that 24-hour courtesy hours are in place in all residential areas. See Residential Housing Handbook. The University is responsible for fostering a residential environment that supports academic success and overall well-being by ensuring conditions that are conducive to optimal learning and healthy routines. The time place and manner restrictions that apply between the hours of 10 p.m. and 8 a.m. are imposed to achieve this purpose.

11. The time, place and manner restrictions that apply during the week of final exams and the week immediately preceding final exams are critical to the academic success of the University's students and, accordingly, to the University's successful pursuit of its educational mission. The final two weeks of the semester are uniquely important to students' academic success because the work completed during that period has a disproportionate effect on a student's course grades. This is true not only for final exams, which take place during the final week of the semester, but also for work that commonly occurs during the preceding week. For example, students commonly have end-of-semester projects and presentations due during the week before final exams. In many classes, tests and assignments during the week before final exams have a greater point value relative to work done earlier in the semester. In addition, students have a greater opportunity to study during the week before final exams because regular classes are not scheduled. The stakes of academic work during this period are far higher than they are during the rest of the semester. Whether students succeed during the final two weeks has an outsized impact on their academic advancement, their future opportunities, and often their ability to maintain

scholarships and other assistance that they need to remain in school. Mental health concerns tend to increase during this period because of the increased pressure students face.

12. The increased significance of student academic work during the final two weeks of the semester means that any disruptive expressive activity will have an outsized impact. Any type of amplified or enhanced sound is intensely disruptive during this period because it interferes with end-of-semester projects and presentations.

13. Because the final two weeks of the semester are uniquely important to student success, they are central to the University's purpose as an educational institution, which is to ensure that students continue to make progress toward their degrees and ultimately graduate. The University has a heightened obligation during this period to protect students' ability to focus on finishing coursework and preparing for final exams without distractions. Reasonable limits on the use of common areas of the campus for expressive activities by some students during this critical period are necessary to promote the common interest of all the University's students in academic success and the University's interest in fulfilling its core mission to educate.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF TEXAS AND THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on September 18, 2025.

Amanda Smith, Associate Vice President
for Student Affairs and Dean of Students