# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN UNIVERSITY STUDENTS AT THE UNIVERSITY OF TEXAS AT DALLAS, THE RETROGRADE NEWSPAPER, YOUNG AMERICANS FOR LIBERTY, INC., ZALL ARVANDI, TEXAS SOCIETY OF UNCONVENTIONAL DRUMMERS, and STRINGS ATTACHED,<br><br>*Plaintiffs,*<br><br>v.<br><br>KEVIN P. ELTIFE, *et. al.*,<br><br>*Defendants.* | CASE NO. 1:25-cv-01411 |

## AGREED MOTION TO STAY CASE PENDING APPEAL OF PRELIMINARY INJUNCTION

Defendants, The Board of Regents of The University of Texas System and its members; Chancellor John M. Zerwas, M.D.; UT Austin President, James E. Davis; and UT Dallas President, Dr. Rabhas V. Moghe, by and through the Office of the Attorney General of Texas and the undersigned counsel (collectively, the "Defendants") and Plaintiffs, Fellowship of Christian University Students at The University of Texas at Dallas, The Retrograde Newspaper, Young Americans for Liberty, Inc., Zall Arvandi, Texas Society of Unconventional Drummers, and Strings Attached (collectively, the "Plaintiffs") file this Motion to Stay Case Pending the Appeal of the Preliminary injunction(ECF No. 29) and in support thereof would show the court the following.

After the October 2nd 2025 preliminary injunction hearing, this Court entered a preliminary injunction. Defendants filed a Notice of Appeal of this injunction on November 4, 2025.

The parties agree that judicial economy would best be served by staying the remainder of the case in this court until such time as the U.S. Circuit Court of Appeals for the 5th Circuit rules

on the preliminary injunction. The preliminary injunction entered by this Court remains in effect and is enforceable during the pendency of this stay.

Wherefore, premises considered, the parties respectfully request that this court stay further proceedings in this matter until the 5th Circuit rules on the preliminary injunction appeal.

Date: November 4, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted.
*/s/ Keith Ingram*
BRIAN KEITH INGRAM
Special Counsel
Texas State Bar No. 00787746
keith.ingram@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
COUNSEL FOR THE STATE OF TEXAS

/s/ JT Morris  .
JT Morris (Tex. Bar No. 24094444)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
(215) 717-3473
700 Pennsylvania Ave., Suite 340
Washington, DC 20003
jt.morris@thefire.org

Adam Steinbaugh (Cal. Bar No. 304829)*
Sara Berinhout (Mass. Bar No. 703217)*
Hannah Abbott (Penn. Bar No. 337123)*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900

Philadelphia, PA 19106
adam@thefire.org
sara.berinhout@thefire.org
hannah.abbott@thefire.org

\* Admitted pro hac vice

Attorneys for Plaintiffs Fellowship of Christian University Students at UT Dallas, The Retrograde, Young Americans for Liberty, Inc., Zall Arvandi, Texas Society of Unconventional Drummers, and Strings Attached

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on November 7, 2025, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

JT MORRIS (Tex. Bar No. 24094444)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
(215) 717-3473
700 Pennsylvania Ave., Suite 340
Washington, DC 20003
jt.morris@thefire.org

ADAM STEINBAUGH (Cal. Bar No. 304829)\*
SARA BERINHOUT (Mass. Bar No. 703217)\*
HANNAH ABBOTT (Pa. Bar No. 337123)\*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
adam@thefire.org
sara.berinhout@thefire.org
hannah.abbott@thefire.org

*/s/ Keith Ingram*
BRIAN KEITH INGRAM
Special Counsel