**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN UNIVERSITY STUDENTS AT THE UNIVERSITY OF TEXAS AT DALLAS, *et al.*,<br>*Plaintiffs*,<br>v.<br>KEVIN P. ELTIFE, *et al.*,<br>*Defendants*. | CASE NO. 1:25-cv-01411 |

**ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is the Agreed Motion to Stay Case Pending Appeal of Preliminary Injunction. The Court having reviewed the agreed joint Motion, hereby grants the Motion.

IT IS THEREFORE ORDERED that this case is stayed while the preliminary injunction is on appeal. During the pendency of this stay, the preliminary injunction remains in effect and is enforceable.

**SO ORDERED.**

Signed on _______________, at Austin, Texas

_________________________
Hon. David Ezra
United States District Judge