**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FELLOWSHIP OF CHRISTIAN UNIVERSITY
STUDENTS AT THE UNIVERSITY OF TEXAS
AT DALLAS, THE RETROGRADE NEWSPAPER,
YOUNG AMERICANS FOR LIBERTY, INC.,
ZALL ARVANDI, TEXAS SOCIETY OF
UNCONVENTIONAL DRUMMERS, and
STRINGS ATTACHED,

    *Plaintiffs,*

v.

KEVIN P. ELTIFE, et. al.,

    *Defendants.*

CASE NO. 1:25-cv-01411

---

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW, NOTICE OF APPEARANCE, AND SUBSTITUTION OF LEAD COUNSEL**

---

Defendants hereby file this Unopposed Motion to Withdraw Keith Ingram as counsel of record and Notice of Appearance and Substitution of Wade A. Johnson as lead counsel.

Mr. Ingram has accepted a position outside of the Office of the Attorney General of Texas, and Defendants respectfully request that he be withdrawn as counsel of record in this matter. This withdrawal is unopposed and will not delay any proceedings.

Special Counsel Johnson is admitted to practice in the United States District Court for the Western District of Texas and is a member in good standing of the State Bar of Texas. Defendants request that Mr. Johnson be served with all future correspondence and pleadings using the contact information in the signature block below.

Date: May 22, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted,

*/s/ Wade A. Johnson*
WADE A. JOHNSON
Special Counsel
Texas State Bar No. 24062197
Wade.johnson@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-2100

COUNSEL FOR THE STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 21, 2026, Defendants' counsel conferred by electronic mail with Plaintiffs' counsel, who stated Plaintiffs are unopposed to this Motion.

*/s/ Wade Johnson*
WADE JOHNSON

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 22, 2026 and that all counsel of record were served by CM/ECF.

*/s/ Wade Johnson*
WADE JOHNSON
Special Counsel

2