**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| FELLOWSHIP OF CHRISTIAN UNIVERSITY STUDENTS AT THE UNIVERSITY OF TEXAS AT DALLAS, THE RETROGRADE NEWSPAPER, YOUNG AMERICANS FOR LIBERTY, INC., ZALL ARVANDI, TEXAS SOCIETY OF UNCONVENTIONAL DRUMMERS, and STRINGS ATTACHED, | | |
| *Plaintiffs,* | | |
| v. | | CASE NO. 1:25-cv-01411 |
| KEVIN P. ELTIFE, ET. AL., | | |
| *Defendants.* | | |

**ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW AND SUBTITUTE COUNSEL**

Before the Court is Defendants' Unopposed Motion to Withdraw Keith Ingram as counsel of record and substitute Wade Johnson as lead counsel. After consideration, the Court is of the opinion that Defendants' Motion should be GRANTED.

Accordingly, IT IS ORDERED that Keith Ingram is hereby withdrawn as counsel of record for Defendants.

SIGNED on _____.

_____
UNITED STATES DISTRICT JUDGE

1