**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN UNIVERSITY STUDENTS AT THE UNIVERSITY OF TEXAS AT DALLAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN P. ELTIFE, et al., <br><br> Defendants. | Civil Case No. 1:25-cv-01411-DAE |

**PLAINTIFFS' UNOPPOSED MOTION FOR
<u>WITHDRAWAL OF ATTORNEY SARA BERINHOUT</u>**

Plaintiffs Fellowship of Christian University Students at UT-Dallas, The Retrograde, Young Americans for Liberty, Inc., Zall Arvandi, Texas Society of Unconventional Drummers, and Strings Attached hereby move this Court for the withdrawal of attorney Sara Berinhout, as she is no longer employed by the Foundation for Individual Rights and Expression. Attorneys JT Morris, Adam Steinbaugh, and Hannah Abbott continue to represent Plaintiffs. This withdrawal does not prejudice any party and will not cause any delay in proceedings.

Under Local Court Rule CV-7(i), Plaintiffs' counsel conferred with counsel for Defendants by email, to determine whether Defendants would consent to the relief requested in this motion. Defendants informed Plaintiffs' counsel that they do not oppose this motion.

Dated: August 4, 2026                    Respectfully submitted,

                                         /s/ Adam Steinbaugh
                                         Adam Steinbaugh (Cal. Bar No. 304829)*
                                         Hannah Abbott (Penn. Bar No. 337123)*
                                         FOUNDATION FOR INDIVIDUAL
                                              RIGHTS AND EXPRESSION (FIRE)

1

510 Walnut St., Suite 900
Philadelphia, PA 19106
adam@fire.org
hannah.abbott@fire.org

JT Morris (Tex. Bar No. 24094444; S.D. Tex.
    Bar No. 3163670)
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION (FIRE)
(215) 717-3473
700 Pennsylvania Ave. SE, Suite 340
Washington, DC 20003
jt.morris@fire.org

*_Admitted pro hac vice_

**Attorneys for Plaintiffs Fellowship of Christian University Students at UT-Dallas, The Retrograde, Young Americans for Liberty, Inc., Zall Arvandi, Texas Society of Unconventional Drummers, and Strings Attached**

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 4, 2026, a true and correct copy of Plaintiffs' motion was served via the CM/ECF system to all counsel of record.

/s/ *Adam Steinbaugh*