**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN UNIVERSITY STUDENTS AT THE UNIVERSITY OF TEXAS AT DALLAS, et al., | Civil Case No. 1:25-cv-01411-DAE |
| Plaintiffs, | |
| v. | |
| KEVIN P. ELTIFE, et al., | |
| Defendants. | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR
WITHDRAWAL OF ATTORNEY SARA BERINHOUT**

Before the Court is Plaintiffs' Unopposed Motion for Withdrawal of Attorney Sara Berinhout. The Court, having reviewed the motion, finds that Plaintiffs' Motion should be and is GRANTED.

Accordingly, IT IS ORDERED that Sara Berinhout is hereby withdrawn as counsel for Plaintiffs.

SIGNED on _____.

_____
THE HONORABLE DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE

1