AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

Fellowship of Christian University Students, et al.
*Plaintiff*
v.
Kevin P. Eltife, et al.
*Defendant*

Case No. 1:25-cv-01411-DAE

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Kevin P. Eltife, et al. .

Date: 08/31/2026

/s/ Michael C. Cotton
*Attorney's signature*

Michael C. Cotton, Texas State Bar No. 24116229
*Printed name and bar number*

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
*Address*

michael.cotton@oag.texas.gov
*E-mail address*

(512) 463-2100
*Telephone number*

(512) 457-4410
*FAX number*