**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN UNIVERSITY STUDENTS AT THE UNIVERSITY OF TEXAS AT DALLAS, et al.,<br>*Plaintiffs,*<br>v.<br>KEVIN P. ELTIFE, et. al.,<br>*Defendants.* | CASE NO. 1:25-cv-01411-DAE |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW WADE JOHNSON AS COUNSEL

Defendants Kevin P. Eltife, Janiece Longoria, James C Weaver, Nolan Perez, MD, Stuart W. Stedman, Robert P. Gauntt, Christina Melton Crain, Jodie Lee Jiles, and Kelcy L. Warren (in their official capacities as Board of Regents of the UT System); John M. Zerwas, MD as Chancellor of UT System; James E. Davis, as President of UT at Austin; and Dr. Prabhas V. Moghe, as President of UT at Dallas (Defendants) hereby file this Unopposed Motion to Withdraw Special Counsel Wade Johnson as counsel of record

Mr. Johnson has accepted a position outside of the Office of the Attorney General of Texas, and Defendants respectfully request that he be withdrawn as counsel of record in this matter. This withdrawal is unopposed and will not delay any proceedings.

Date: August 31, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted,

*/s/ Michael C. Cotton*
MICHAEL C. COTTON
Assistant Attorney General
Texas State Bar No. 24116229
michael.cotton@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-2100

COUNSEL FOR THE STATE OF TEXAS

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 26, 2026, Defendants' counsel conferred by electronic mail with Plaintiffs' counsel; JT Morris stated Plaintiffs are unopposed to this Motion.

*/s/ Michael C. Cotton*
**MICHAEL C. COTTON**

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on August 31, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

JT MORRIS (Tex. Bar No. 24094444)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
(215) 717-3473
700 Pennsylvania Ave., Suite 340
Washington, DC 20003
jt.morris@thefire.org

ADAM STEINBAUGH (Cal. Bar No. 304829)*
SARA BERINHOUT (Mass. Bar No. 703217)*
HANNAH ABBOTT (Pa. Bar No. 337123)*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
adam@thefire.org
sara.berinhout@thefire.org
hannah.abbott@thefire.org

*/s/ Michael C. Cotton*
**MICHAEL C. COTTON**