**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN UNIVERSITY STUDENTS AT THE UNIVERSITY OF TEXAS AT DALLAS, et al.,<br>*Plaintiffs,*<br>v.<br>KEVIN P. ELTIFE, et. al.,<br>*Defendants.* | CASE NO. 1:25-cv-01411-DAE |

**ORDER**

On this date, the Court considered Defendants' Unopposed Motion to Withdraw Special Counsel Wade A. Johnson. After consideration, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is **ORDERED**, **ADJUGED**, and **DECREED** that Wade A. Johnson is withdrawn as counsel of record in this matter.

**SO ORDERED** this ____________ day of _____________ 2026.

______________________________
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE